# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:23-00033-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSHUA BOSLEY (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 33] having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the Defendant Joshua Bosley, and adjudges him guilty of the offense charged in Count One of the Indictment.

MONROE, Louisiana, this 14th day of June 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE